UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Western Division

| | |
|---|---|
| In re:<br>ARTHUR M WOODSON<br>Debtor<br>SSN XXX-XX-7663 | Chapter 13<br><br>Case No : 19-24735-B |

## CHAPTER 13 TRUSTEE'S CERTIFICATION AND REQUEST FOR DISCHARGE

Comes now the Standing Chapter 13 Trustee appointed in the above-referenced case and hereby certifies the following is true and correct to the best of her knowledge:

ARTHUR M WOODSON has completed all plan payments, performed all requirements under the confirmed plan and is otherwise entitled to a discharge under 11 U.S.C. 1328(a).

Based upon the above, I request that a discharge be granted to ARTHUR M WOODSON in accordance with 11 U.S.C. 1328(a).

/s/ Jennifer K. Cruseturner_____
Jennifer K. Cruseturner
CHAPTER 13 TRUSTEE

Date: 8/1/2024

letter_CertificateAndRequestForDischarge.rpt