| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Arthur M. Woodson** | Social Security number or ITIN   xxx–xx–7663 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   Western District of Tennessee | | |
| Case number:   19–24735 | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Arthur M. Woodson
    aka Arthur M. Woodson Jr.

**By the court:** *[signature]*

<u>8/2/24</u>

                                            **Denise E. Barnett**
                                            **UNITED STATES BANKRUPTCY JUDGE**

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Tennessee

In re:  Case No. 19-24735-deb
Arthur M. Woodson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2      User: ao1492bnc      Page 1 of 2
Date Rcvd: Aug 02, 2024      Form ID: 3180W      Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arthur M. Woodson, 3113 Rendezvous Lane, Memphis, TN 38118-8024 |
| aty | + | Gregory Wallach, Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Rd, N.E., Ste 700 Atlanta, GA 30305-1608 |
| aty | + | Thomas C. Fila, Cohen & Fila, 200 Jefferson, Suite 925, Memphis, TN 38103-2331 |
| 33198843 | + | Regions, Box 15137, Wilmington, DE 19886-5137 |
| 33198844 | + | regions prestige, 6200 poplar, Memphis, TN 38119-4713 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: ch13gws@gmail.com | Aug 02 2024 21:58:00 | Jennifer K Cruseturner, Chapter 13 Standing Trustee, 5350 Poplar Avenue, Suite #500, Memphis, TN 38119-3697 |
| ust | + | Email/Text: ustpregion08.me.ecf@usdoj.gov | Aug 02 2024 21:59:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 21:56:22 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 33232285 | + | EDI: BANKAMER | Aug 03 2024 01:39:00 | Bank of America, Box 31785, Tampa, FL 33631-3785 |
| 33264972 | | EDI: BANKAMER | Aug 03 2024 01:39:00 | Bank of America, N.A., P.O. BOX 31785, Tampa, FL 33631-3785 |
| 33198839 | + | EDI: LENDNGCLUB | Aug 03 2024 01:39:00 | Lending Club, 71 Stevenson, Suite 300, San Francis, CA 94105-2985 |
| 33263726 | + | EDI: LENDNGCLUB | Aug 03 2024 01:39:00 | LendingClub Corporation, 595 Market Street, Suite 200, San Francisco, California 94105-2802 |
| 33198840 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 02 2024 21:58:00 | Marcus Goldman Sachs, Box 45400, Salt Lake City, UT 84145-0400 |
| 33198841 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 02 2024 21:59:00 | Mercury Finance, Box 98707, Phoenix, AZ 85038-0707 |
| 33198842 | ^ | MEBN | Aug 02 2024 21:52:20 | Prosper Loans, 221 Main suite 300, San Francisco, CA 94105-1909 |
| 33265189 | + | Email/Text: bncmail@w-legal.com | Aug 02 2024 21:59:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 33265173 | + | Email/Text: newbk@Regions.com | Aug 02 2024 21:59:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 33232286 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 02 2024 21:58:00 | Toyota Financial, Box 5855, Carol Strea, IL 60197-5855 |

| District/off: 0651-2 | User: ao1492bnc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2024 | Form ID: 3180W | Total Noticed: 19 |

| 33210308 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 02 2024 21:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2024     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory Wallach | on behalf of Creditor BANK OF AMERICA  N.A. bkecfinbox@aldridgepite.com, gwallach@aldridgepite.com;gwallach@ecf.courtdrive.com |
| Jennifer K Cruseturner | ch13gws@gmail.com |
| Thomas C. Fila | on behalf of Debtor Arthur M. Woodson tfila@cohenandfila.com tfila47@gmail.com;r49813@notify.bestcase.com |
| U.S. Trustee | ustpregion08.me.ecf@usdoj.gov |

TOTAL: 4